## WARD v. STATE.
### No. 23862.

Court of Criminal Appeals of Texas,
Dec. 17, 1947.

No appearance for appellant.

A. C. Winborn, Crim. Dist. Atty., and E. T. Branch, Asst. Crim. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary at nighttime. The penalty assessed is confinement in the state penitentiary for a term of 25 years.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.